MARY V. LOVE, as Administratrix of the Estate of TIMOTHY A. LOVE, Deceased, Respondent, *v.* BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.

Argued October 18, 1937; decided November 16, 1937.

*William C. Combs* for appellant.

*Eugene Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.